**Appeal Reinstated and Order filed November 1, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00832-CV

———————

### NABILCO INC. and D. HOUSTON, INC. D/B/A TREASURES, Appellants

### V.

### THE STATE OF TEXAS and THE CITY OF HOUSTON, Appellees

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-28683**

## O R D E R

On October 19, 2012, appellants filed a supplemental clerk's record containing a Notice of Removal of this case to the United States District Court for the Southern District of Texas. *See* 28 U.S.C. § 1446(d). Accordingly, on October 25, 2012, this court abated the appeal until an appropriate order remanding the case to state court is filed. Appellants filed a copy of the federal court's October 3, 2012, order remanding the case to state court, and a copy of the order is contained in the clerk's record that has now been filed in this appeal. Accordingly, the appeal is ordered **REINSTATED.**

The notice of appeal in this case was filed September 10, 2012. To date, our records show that the filing fee of $175.00 has not been paid. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **November 12, 2012**. *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM